**Order entered December 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00523-CR

**CRISTAL PAULLETT RICHARDSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F13-00479-X**

## ORDER

The Court **ORDERS** court reporter Jan Cherie Williams to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 3 and 160.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Jan Cherie Williams, official court reporter, Criminal District Court No. 6, and to counsel for all parties.

/s/    ADA BROWN
       JUSTICE